# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JO LYN MORRIS,

    Plaintiff,

v.                                                          Case No: 8:20-mc-37-T-30CPT

STATE OF FLORIDA,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Christopher P. Tuite (Dkt. 3). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 3) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Jo Lyn Morris's Motion to Remove (Dkt. 1) is denied.

3. This case is hereby remanded to the Sixth Judicial Circuit, in and for Pinellas County, Florida.

4. The Clerk of Court is directed to send a copy of this order of remand to the Sixth Judicial Circuit and to thereafter terminate any pending motions and close the case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of September, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record